UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE ENGBERG,

    Plaintiff,

v.

JEFFREY C DERBACH, et al.,

    Defendants.

Case No. C18-917 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On September 11, 2018, the Court issued an Order finding and ordering that this matter is DISMISSED. Dkt. #18. Plaintiff's request for an extension of time to file a motion for leave to amend his complaint (Dkt. #19) is STRICKEN AS MOOT. It is not procedurally proper for Plaintiff to amend his claims under this case number.

Plaintiff has subsequently filed a proposed amended complaint and refiled a motion seeking substantive relief. *See* Dkts. #20 – #21. The Court will not entertain any further requests related to the dismissed claims in this case, and will not review exhibits or letters related to those claims. This case is CLOSED.

DATED this 4th day of October 2018.

                WILLIAM McCOOL, Clerk

                By:    /s/ Paula McNabb
                          Deputy Clerk

MINUTE ORDER - 1